UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK


U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 0 7 2020
AT_____ O'CLOCK
John M. Domurad, Clerk - Utica

JOSEPH KRONGOLD AND
SAMANTHA KRONGOLD,

      Plaintiffs,

      vs.

IRELOCATION SYSTEM and THE
TRAVELERS HOME AND MARINE
INSURANCE COMPANY,

      Defendants.

**PARTIAL STIPULATION OF
DISMISSAL**

Civil Action No.:
1:19-CV-00658-DNH-ATB

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for all parties, that whereas no party hereto is an infant or incompetent, all claims asserted by plaintiffs JOSEPH KRONGOLD AND SAMANTHA KRONGOLD as against IRELOCATION SYSTEM only, are hereby dismissed with prejudice, and without costs to any party, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: Rochester, New York
      January 2, 2020

SO ORDERED

DAVID N. HURD
United States District Judge
Dated:
    01/07/2020 Utica, NY

WARD GREENBERG HELLER & REIDY LLP

By: _____/s Scott R. Jennette_____
      Scott R. Jennette
*Attorneys for Defendant iRelocation System*
1800 Bausch & Lomb Place
Rochester, New York 14604
Tel.: (585) 454-0700
Email: sjennette@wardgreenberg.com
      wleinen@wardgreenberg.com

MERLIN LAW GROUP, P.A.

By: _____/s Paul LaSalle_____
      Paul La Salle, Esq.
*Attorneys for Plaintiffs*
125 Half Mile Road, Suite 201
Red Bank, New Jersey 07701

Tel.: (732) 704-4647
Email: plasalle@merlinlawgroup.com

KEANE AND ASSOCIATES

By: _____*s/ Meg R. Reid*_____
         Meg R. Reid, Esq.

*Attorneys for Defendant The Travelers Home and Marine Insurance Company*
P.O. Box 2996
Hartford, Connecticut 06104-2996
Tel.: (860) 954-9452
Email: mrreid@travelers.com